THE EDNA V. CREW. THE PORTSMOUTH. THE N. Y., P. & N. R. R. No. 2. THE BAKER PALMER. (Circuit Court of Appeals, Fourth Circuit. February 14, 1913.) No. 1,124. Appeal and Cross-Appeals from the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Jr., Judge. Before GOFF and PRITCHARD, Circuit Judges, and ROSE, District Judge. H. H. Little, of Norfolk, Va. (Hughes, Little & Seawell, of Norfolk, Va., on the brief), for Joseph M. Clark & Co., claimants of the Edna V. Crew, appellants. Floyd Hughes, of Norfolk, Va. (Thomas H. Willcox and Hughes & Vandeventer, all of Norfolk, Va., on the brief), for N. Y., P. & N. R. Co., claimant of the Portsmouth and the N. Y., P. & N. R. Co. No. 2, appellee and appellant. Edward S. Dodge, of Boston,

Mass. (Benjamin Thompson, of Portland, Me., on the brief), for J. S. Winslow & Co.; claimants of the Baker Palmer, appellee and appellant.

PER CURIAM. Our study of the record in this case impels us to the conclusion that the court below entered a decree fully justified by the evidence and the law applicable thereto. Being in full accord with the opinion he filed, we deem it unnecessary to refer to and discuss the facts he has so fully considered therein. 182 Fed. 890. The decree appealed from is without error. Affirmed.